■ VICTOR LoPiccolo, an Infant, by His Mother and Natural Guardian, LISA LoPiccolo, et al., Respondents, v CHELSEA GCA REALTY, INC., Defendant, and POSA POSA RESTAURANT

Corp., Appellant. [699 NYS2d 867] —Order, Supreme Court, New York County (Emily Goodman, J.), entered February 16, 1999, which, to the extent appealed from, granted plaintiff's motion to dismiss defendant-appellant's counterclaim against the infant plaintiff's mother, plaintiff Lisa LoPiccolo, unanimously affirmed, without costs.

The motion court properly determined that defendant-appellant's counterclaim, alleging that plaintiff mother's negligence contributed to the infant plaintiff's harm, was predicated on a theory of negligent supervision and, as such, was nonactionable (*see, LaTorre v Genesee Mgt.*, 90 NY2d 576). Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Friedman, JJ.